**\*\* E-filed September 1, 2009 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOROTHY LANAGAN,<br><br>   Plaintiff,<br>   v.<br><br>SANTA CRUZ COUNTY METRO TRANSIT DISTRICT,<br><br>   Defendant.<br>_____/ | No. C09-01835 HRL<br><br>**ORDER TO SHOW CAUSE** |

In April 2009, plaintiff Dorothy Lanagan filed suit against defendant Santa Cruz Metropolitan Transit District ("Santa Cruz") for employment discrimination. A Case Management Conference was set for September 1, 2009. Based on this date, the parties' Joint Case Management Statement and initial disclosures were due on August 25, 2009.

The defendant represented to the court that it had been unable, after numerous attempts, to meet and confer with Lanagan on case management issues, and instead timely filed a Separate Case Management Statement and its initial disclosures. Lanagan, on the other hand, did not file any statement with the court and did not make initial disclosures to defendants. She did participate in an ADR telephone conference for this matter on August 27, 2009, but then failed to appear at the September 1, 2009 Case Management Conference.

Based on the foregoing, IT IS ORDERED THAT plaintiff Dorothy Lanagan shall appear in person before this court on September 29, 2009 at 10:00 a.m., Courtroom 2, 280 South First Street,

San Jose, California and show cause, if any, why this court should not impose sanctions against her for her failure (1) to appear at the Case Management Conference, (2) to cooperate with defendants in the preparation of a Joint Case Management Statement, and (3) to make initial disclosures as required by the Federal Rules.  The failure to comply with this order will be deemed additional grounds for the imposition of sanctions.

Dated: September 1, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 09-01835 Notice will be electronically mailed to:**

Donald Douglas Shureen     doug.shureen@mcmillanshureen.com,
                           sonja.gray@mcmillanshureen.com

**Notice will be sent by other means to:**

Dorothy Lanagan
631 Bronte Avenue
Watsonville, CA 95076

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**