**\*\* E-filed July 30, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOROTHY LANAGAN,<br><br>    Plaintiff,<br>  v.<br><br>SANTA CRUZ METROPOLITAN<br>TRANSIT DISTRICT,<br><br>    Defendant.<br>_____/ | No. C09-01835 HRL<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR BY TELEPHONE**<br><br>**[Re: Docket No. 68]** |

    Having considered Defendant's counsel's request to appear by telephone at the hearing set for August 10, 2010 at 9:30 a.m., and good cause appearing, the Court grants the request. Mr. Shureen shall initiate the call to the Court via CourtCall at (866) 582-6878 just prior to the time appointed for the conference.

**IT IS SO ORDERED.**

Dated: July 30, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-01835 HRL** **Notice will be electronically mailed to:**

Donald Douglas Shureen     doug.shureen@mcmillanshureen.com, sonja.gray@mcmillanshureen.com

**Notice will be provided by other means to:**

Dorothy Lanagan
631 Bronte Avenue
Watsonville, CA 95076

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

United States District Court
For the Northern District of California